**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 274 EAL 2016

            Respondent         :

                            :   Petition for Allowance of Appeal from

                            :   the Order of the Superior Court

          v.                 :

                            :

ALAN CLARK,                 :

                            :

            Petitioner         :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of December, 2016, the Petition for Allowance of Appeal is **DENIED**.